UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

ERIC P. MAINS
**PLAINTIFF**

v.                          CIVIL ACTION NO. 4:15-cv-00036-SEB-WGH
                            **JURY TRIAL DEMANDED**

*Electronically filed*

CITIBANK, N.A. as TRUSTEE for the WAMU-HE2 Trust
CHASE BANK, N.A.
NELSON & FRANKENBERGER, P.C.
BOSE MCKINNEY & EVANS, LLP
WYATT, TARRANT & COMBS LLP
BLACK KNIGHT Financial Services, LLC (formerly LPS)
CYNTHIA RILEY
CHRISTINE A. SAUERER
JODI SOBOTTA; and
UNKNOWN JOHN DOE'S
**DEFENDANTS**

PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Eric P. Mains, ("Mains"), by and through his counsel, respectfully move the Court for leave to file a sur-reply to Defendant Black Knight Infoserv, LLC f/k/a Lender Processing Services, Inc. (hereinafter "Black Knight" or "LPS") Reply to Plaintiff's Response to Defendant's Motion to Dismiss (Dkt. #58). A memorandum in support of this motion is filed simultaneously.

                Respectfully Submitted,

                /S/ Jon M. Schulte_____
                Jon M. Schulte
                Attorney I.D. Number 29479-10
                SMITH CARPENTER FONDRISI
                & CUMMINS, LLC
                209 East Chestnut Street
                P.O. Box 98
                Jeffersonville, IN 47131-0098
                (812) 282-7736

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 27, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Jonathan M. Weiss,   jonathan.weiss@kirkland.com, ashley.neglia@kirkland.com, laura.bay@kirkland.com

Kathleen L. Matsoukas,   kmatsoukas@btlaw.com

Louis S Chronowski , Jr,   lchronowski@dykema.com

Vilda Samuel Laurin, III,   slaurin@boselaw.com, cosman@boselaw.com

Thomas Eugene Mixdorf   thomas.mixdorf@icemiller.com, carla.persons@icemiller.com

Michael A. Dorelli   mdorelli@hooverhullturner.com, rmiller@hooverhullturner.com

Nathan T. Danielson   ndanielson@boselaw.com, mwakefield@boselaw.com, rmurphy@boselaw.com

Derek R. Molter   derek.molter@icemiller.com, bunn@icemiller.com

Patrick A. Ziepolt   pziepolt@hooverhullturner.com, gsmith@hooverhullturner.com, patrick.ziepolt@gmail.com

Fred O. Goldberg   fgoldberg@bergersingerman.com, mferguson@bergersingerman.com

/s/ Jon M. Schulte
Jon M. Schulte