UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

ERIC P. MAINS,

    PLAINTIFF,

v.

CITIBANK, N.A. as TRUSTEE for the
WAMU-HE2 Trust,
CHASE BANK, N.A.,
NELSON & FRANKENBERGER, P.C.,
BOSE MCKINNEY & EVANS, LLP,
WYATT, TARRANT & COMBS LLP,
BLACK KNIGHT Financial Services, LLC
(formerly LPS),
CYNTHIA RILEY,
CHRISTINE A. SAUERER, JODI
SOBOTTA, and
UNKNOWN JOHN DOE'S

    DEFENDANTS.

CIVIL ACTION NO. 4:15-CV-036-SEB-WGH

Hon. Sarah Evans Barker

## DECLARATION OF EVAN L. GRAGEDA

I, Evan L. Grageda, declare as follows:

1. I am employed as Legal Specialist III of JPMorgan Chase Bank, National Association ("Chase") and I am authorized to execute this Declaration on its behalf.

2. In my capacity as an employee of Chase, I have personal knowledge of the facts stated in this Declaration, and I can testify competently to them if called upon to do so.

3. The statements made in this Declaration are based on my personal knowledge after a review of Chase's business records kept and maintained in the ordinary course of business.

4. Cynthia Riley is a former Chase employee, who worked at Chase from 2008 until mid-2013. Before working at Chase, Ms. Riley worked at Washington Mutual Bank (WaMu).

5. Attached hereto as Exhibit A is a true and correct copy of the Job Profile Report for Cynthia Riley (redacted for privacy) maintained by Chase in the ordinary course of business.

6. The business records maintained by Chase in the ordinary course of business indicate that Ms. Riley was a Vice President of WaMu from May 2004 through January 2008.

7. Specifically, Exhibit A indicates: (a) Ms. Riley was promoted from Assistant Vice President to Vice President at WaMu in or around May 2004; (b) Ms. Riley continued to be a Vice President at WaMu through January 2008; (c) Ms. Riley assumed a different role within WaMu as a Product Manager in November 2006; (d) Ms. Riley maintained her title as Vice President at WaMu in this new role until February 1, 2008; (e) Ms. Riley was an employee at WaMu with the title of Vice President continuously from May 2004 through January 2008.

I declare under penalty of perjury that the foregoing facts are true and correct.

EXECUTED ON: August 6, 2015

Respectfully submitted,

JPMorgan Chase Bank, National Association

_____
Evan L. Grageda
Authorized Signer