# EXHIBIT A

**Job Profile for Cynthia A Riley**



**Job History (Status, Job, Class, Title changes)**

| Eff Date | Action Reason | Status | Grade | Job Code / Description | Class | Bank Title | Subs Title |
|---|---|---|---|---|---|---|---|
| 2008-FEB-01 | RED : WorkfRed | Terminated | L08 | 014251/ Product Manager-Sr | X-Std EE | WaMu-Vice President | |
| 2006-NOV-16 | PRO : Promotion | Active | L08 | 014251/ Product Manager-Sr | X-Std EE | WaMu-Vice President | |
| 2004-MAY-01 | JOB : Jobcd Assignment Change | Active | L08 | 018461/ Process Mgr-NPCO | X-Std EE | WaMu-Vice President | |
| 2004-APR-16 | PRO : Promotion | Active | L08 | 016961/ Team Mgr Sr-Fulfillment-HLIS | X-Std EE | WaMu-Assistant Vice President | |

**CONFIDENTIAL**

Case 4:15-cv-00036-SEB-TAB   Document 74-1   Filed 08/07/15   Page 3 of 4 PageID #: 1895

**CONFIDENTIAL**

Case 4:15-cv-00036-SEB-TAB   Document 74-1   Filed 08/07/15   Page 4 of 4 PageID #: 1896

**CONFIDENTIAL**