UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ERIC P. MAINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15-cv-00036-SEB-WGH |
| | ) |
| CITIBANK, N.A., as Trustee for the | ) |
| WAMU-HE2 Trust, | ) |
| CHASE BANK, N.A., | ) |
| CYNTHIA RILEY, | ) |
| NELSON & FRANKENBERGER, P.C., | ) |
| CHRISTINE A. SAUERER, | ) |
| JODI SOBOTTA, | ) |
| BLACK KNIGHT FINANCIAL | ) |
| SERVICES, LLC, fdba Lender | ) |
| Processing Services, | ) |
| WASHINGTON MUTUAL BANK, | ) |
| BOSE MCKINNEY & EVANS LLP, and | ) |
| UNKNOWN JOHN DOES, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS CITIBANK'S AND CHASE'S
## MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rules 8, 9, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7-1(b), Defendants Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2 Trust[1] ("Citibank") and JPMorgan Chase Bank, N.A.[2] ("Chase"), respectfully request that this Court dismiss with prejudice all of the claims asserted against Citibank and Chase by Plaintiff Eric P. Mains in Plaintiff's First Amended Complaint (ECF Doc. 23). The legal arguments supporting this Motion are fully set forth in Citibank's and Chase's Memorandum of Law, which is being filed contemporaneously herewith.

---

[1] Misnamed "Citibank USA" in Plaintiff's First Amended Complaint.
[2] Misnamed "J.P. Morgan Chase & Co." in Plaintiff's First Amended Complaint.

WHEREFORE, Defendants Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2 Trust and JPMorgan Chase Bank, N.A. respectfully request that this Court dismiss with prejudice all of the claims asserted against Citibank and Chase by Plaintiff Eric P. Mains, and for all other relief that the Court deems just and proper.

Dated:  September 4, 2015

                                              Respectfully submitted,

                                              /s/ Kathleen L. Matsoukas
                                              Kathleen L. Matsoukas, Atty. No. 31833-49
                                              Kyle W. LeClere, Atty. No. 29698-49
                                              Barnes & Thornburg LLP
                                              11 S. Meridian Street
                                              Indianapolis, Indiana 46204
                                              (317) 236-1313
                                              (317) 231-7433 (Fax)
                                              kmatsoukas@btlaw.com
                                              kleclere@btlaw.com

                                              *Attorneys for Defendants Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2 Trust and JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/* Kathleen L. Matsoukas_____

INDS01 1528875v1