UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

ERIC P. MAINS
    **PLAINTIFF**

VS.                            CIVIL ACTION NO. 4:15-cv-00036-SEB-WGH

**JURY TRIAL DEMANDED**

*Electronically filed*

CITIBANK, N.A. as TRUSTEE for the WAMU-HE2 Trust
CHASE BANK, N.A.
NELSON & FRANKENBERGER, P.C.
BOSE MCKINNEY & EVANS, LLP
WYATT, TARRANT & COMBS LLP
BLACK KNIGHT Financial Services, LLC (formerly LPS)
CYNTHIA RILEY
CHRISTINE A. SAUERER
JODI SOBOTTA; and
UNKNOWN JOHN DOE'S
    **DEFENDANTS**

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, CHRISTINE A. SAUERER and JODI SOBOTTA, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eric P. Mains, by counsel, hereby gives notice that the following Defendants are dismissed from Plaintiff's Civil Action, and that the Civil Action is voluntarily dismissed, without prejudice, as against:

**Christine A. Sauerer** and **Jodi Sobotta.**

Plaintiff is unaware of the current whereabouts of the above named Defendants, but regardless believes both of these Defendants are no longer necessary parties required to resolve

his Civil Action at the current time.  Plaintiff notes neither party has made any motions to the court, or responded to this action.

Respectfully submitted.

/S/ Jon M. Schulte_____
Jon M. Schulte
Attorney for Plaintiff
Smith, Carpenter, Fondrisi
& Cummins, LLC
209 E. Chestnut Street, P.O. Box 98
Jeffersonville, IN  47131
(812) 282-7736

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Amanda Warford Edge    aedge@wyattfirm.com, amanda.warford.edge@gmail.com, mweibel@wyattfirm.com

Derek R. Molter    derek.molter@icemiller.com, bunn@icemiller.com

Fred O. Goldberg    fgoldberg@bergersingerman.com, mferguson@bergersingerman.com

Jonathan M. Weiss    jonathan.weiss@kirkland.com, ashley.neglia@kirkland.com, laura.bay@kirkland.com

Jordan S Huttenlocker    jhuttenlocker@dykema.com, jordan.hutten@gmail.com, lholbert@dykema.com

Kathleen L. Matsoukas    kmatsoukas@btlaw.com

Kyle W LeClere    kleclere@btlaw.com, irene.kukla@btlaw.com

Louis S Chronowski , Jr     lchronowski@dykema.com, docketch@dykema.com, srichard@dykema.com

Michael A. Dorelli     mdorelli@hooverhullturner.com, rmiller@hooverhullturner.com

Nathan T. Danielson     ndanielson@boselaw.com, mwakefield@boselaw.com, rmurphy@boselaw.com

Patrick A. Ziepolt     pziepolt@hooverhullturner.com, gsmith@hooverhullturner.com, patrick.ziepolt@gmail.com

Thomas Eugene Mixdorf     thomas.mixdorf@icemiller.com, carla.persons@icemiller.com

Vilda Samuel Laurin , III     slaurin@boselaw.com, cosman@boselaw.com

                                        /s/ Jon M. Schulte_____
                                        Jon M. Schulte